UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 19-338 PJS/KMM

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 641 |
| | 18 U.S.C. § 911 |
| v. | 18 U.S.C. § 1015(f) |
| | 18 U.S.C. § 1028A(a)(1) |
| FABIEN MATESO KITOY, | 18 U.S.C. § 1542 |
| a/k/a J.K.K., | 42 U.S.C. § 408(a)(7)(A) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## BACKGROUND

1.     At all relevant times, the defendant Fabien Mateso Kitoy has been a citizen of the Democratic Republic of the Congo.

2.     Beginning in or around 1995 and continuing through in or around February 2019, the defendant used the identity and birth certificate belonging to a United States citizen, J.K.K. in order to unlawfully obtain a United States Passport and, subsequently, a Social Security Number, issued to the defendant under J.K.K.'s name.

3.     From in or around 1998 and continuing through in or around February 2019, the defendant used J.K.K.'s identity to reside unlawfully in the United States, including in the State and District of Minnesota, to obtain state IDs, to register to vote and vote in elections, to apply for and receive state benefits, and at times, providing the false J.K.K. identity to law enforcement.

4.     In or around September 2010, the defendant initiated name change

SCANNED
DEC 19 2019
U.S. DISTRICT COURT MPLS

proceedings in the State and District of Minnesota, purporting to change his name from J.K.K. to his true name while using the other details of J.K.K.'s stolen identity.

5. In or around November 2017, the defendant applied for benefits from the Social Security Administration using the social security number which had been issued to him using J.K.K.'s identity. As a result of the false information provided in that application, the defendant received approximately $22,875 in Social Security benefits to which he was not entitled.

6. In or around December 2018, the defendant applied for a new United States Passport under his true name but referencing his prior use of J.K.K.'s name.

## COUNT 1
### (False Representation of Social Security Number)

7. The Grand Jury realleges and incorporates Paragraphs 1 through 6 as if fully set forth herein.

8. In or around November 2017, in the state and District of Minnesota, the defendant,

**FABIEN MATESO KITOY,**

willfully, knowingly, and with the intent to deceive, for the purpose of obtaining any payment or benefit to which he was not entitled, and for other purposes, falsely used Social Security number XXX-XX-0106 to apply for benefits from the Social Security Administration, knowing that such number had been assigned to defendant on the basis of false information, all in violation of Title 42, United States Code, Section 408 (a)(7)(A).

## COUNT 2
### (Passport Fraud)

7.      The Grand Jury realleges and incorporates Paragraphs 1 through 6 as if fully set forth herein.

8.      In or around December 2018, in the State and District of Minnesota, the defendant,

**FABIEN MATESO KITOY,**

willfully and knowingly made false statements in an application for a United States passport with an intent to induce or secure the issuance of a passport, all in violation of Title 18, United States Code, Section 1542.

## COUNT 3
### (False Claim of Citizenship)

9.      The Grand Jury realleges and incorporates Paragraphs 1 through 6 as if fully set forth herein.

10.      From some time in or around 1995 through in or around February 2019, in the State and District of Minnesota, the defendant,

**FABIEN MATESO KITOY,**

falsely and willfully represented himself to be a United States Citizen, all in violation of Title 18, United States Code, Section 911.

## COUNT 4
### (False Statement of Citizenship for Purposes of Voting)

11.      The Grand Jury realleges and incorporates Paragraphs 1 through 6 as if fully set forth herein.

12.     From some time in or around 2017 through in or around 2018, in the State and District of Minnesota, the defendant,

**FABIEN MATESO KITOY,**

knowingly claimed to be a United States citizen in order to register to vote or to vote in a federal, state, or local election, all in violation of Title 18, United States Code, Section 1015(f).

## COUNT 5
(Theft of Government Funds)

13.     The Grand Jury realleges and incorporates Paragraphs 1 through 6 as if fully set forth herein.

14.     From in or about November 2017 and continuing through in or about 2019, in the State and District of Minnesota, the defendant,

**FABIEN MATESO KITOY,**

did embezzle, steal, purloin, and knowingly convert to his use money of the United States Social Security Administration, of an amount greater than $1,000, all in violation of Title 18, United States Code, Section 641.

## COUNT 6
(Aggravated Identity Theft)

17.     The Grand Jury realleges and incorporates Paragraphs 1 through 6 as if fully set forth herein.

18.     From some time in or around 1995 through in or around February 2019, in the State and District of Minnesota, the defendant,

**FABIEN MATESO KITOY,**

did knowingly possess, transfer, and use, without lawful authority, the means of identification, of another person, to wit: the name, date of birth, United States Passport Z4170662, and birth certificate, of J.K.K., during and in relation to felony offenses enumerated under Title 18 U.S.C. § 1028A(c) as set forth in Counts 1, 3, and 5, all in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATIONS

Count 5 of this Indictment is incorporated herein by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

As a result of the offense alleged in Count 5, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 641.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                    FOREPERSON