UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-cr-338 (PJS)

UNITED STATES OF AMERICA,

       Plaintiff,

    v.                       **MOTION TO DISMISS**

FABIEN MATESO KITOY,
a/k/a J.K.K.,

       Defendant.

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Assistant U.S. Attorney Lindsey Middlecamp, hereby moves the Court for an Order dismissing the Indictment against the above-named defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

The basis for the Government's dismissal motion is Mr. Kitoy's continued absence from the District of Minnesota. During the pendency of this criminal case charging Mr. Kitoy with identity theft and related charges, Mr. Kitoy was subject to parallel immigration proceedings. Prior to entering a plea or facing trial in the above-captioned matter, Mr. Kitoy was ordered to be removed from the United States. Mr. Kitoy returned to the Republic of Congo in 2020 and has not returned to the United States since. Because he has not been present in the district for nearly three years, the United States moves to dismiss the pending charges, without prejudice.

Dated: January 6, 2023

Respectfully submitted,

Andrew M. Luger
United States Attorney

*s/ Lindsey E. Middlecamp*

BY: Lindsey E. Middlecamp
Assistant U.S. Attorney
Attorney ID No. 0392589